IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA FOR
THE USE AND BENEFIT OF
ADVANCED ROOFING, INC.,

    Plaintiff,

v.

PENNSYLVANIA INSURANCE COMPANY,

    Defendant.

_____ /

## COMPLAINT
### (Miller Act Claim)

Plaintiff, United States of America, for the use and benefit of Advanced Roofing, Inc., sues Defendant, Pennsylvania Insurance Company, and states that it is entitled to relief upon the following facts:

### JURISDICTION AND VENUE

1. Advanced Roofing, Inc. d/b/a Advanced Air Systems (hereinafter, "Plaintiff") is a Florida corporation organized and existing under the laws of the State of Florida, with its principal place of business in Broward County, Florida, authorized to conduct business in Miami-Dade County, Florida.

2. Defendant, Pennsylvania Insurance Company (hereinafter, "Surety"), is a foreign corporation organized and existing under the laws of the State of New Mexico and duly authorized to engage in the business of executing surety bonds, and doing business in the State of Florida.

3. The court has jurisdiction under the Miller Act, United States Code Annotated, 40 U.S.C. §§ 3131-3134.

4. Venue is proper in the Southern District of Florida because the labor, material, and services provided by Plaintiff was for a construction project for the Federal Aviation Authority located in Miami-Dade County, Florida, for which Surety issued a payment bond.

5. Plaintiff has performed all contractual and statutory conditions precedent to brining this action.

## COUNT I
## CLAIM AGAINST PAYMENT BOND

6. Guardian DB Services, LLC, as general contractor (hereinafter, "General Contractor"), entered into a contract (the "Prime Contract") with the United States of America, acting by and through the Federal Aviation Authority, to furnish the labor, material and services for renovation work on the project referred to as Miami ARTCC Mod 4 Area Phase 2 Modernization (the "Project"). Plaintiff is not in possession of the Prime Contract.

7. As required by the Prime Contract, Defendant, as Surety for the General Contractor, executed and delivered a payment bond for the protection of all persons supplying labor and materials in the prosecution of the work provided in connection with the Prime Contract. A copy of the payment bond is attached hereto as Exhibit "A."

8. On January 16, 2024, General Contractor, in the furtherance of its obligation under the Prime Contract, entered into a written agreement with Plaintiff, as a HVAC subcontractor, to provide HVAC material, labor, and services for the Project. A copy of the contract between Plaintiff and the General Contractor is attached hereto as Exhibit "B" (hereinafter "Subcontract").

9. Plaintiff fully and satisfactorily performed all work required by the Subcontract.

10. General Contractor breached its contractual obligations to Plaintiff by failing to make full payment to Plaintiff for work performed at the Project.

11. Such breach is also a breach by Surety under the payment bond.

12. As a direct result of General Contractor's and Surety's breaches, Plaintiff has been damaged and is owed the principal amount of $31,860.00, of which $7,319.50 is retainage.

WHEREFORE, Plaintiff, the United States of America, for the use and benefit of Advanced Roofing, Inc., demands judgment against Defendant, Pennsylvania Insurance Company, for the principal sum of $31,860.00, plus pre- and post-judgment interest thereon, attorneys' fees and costs associated with bringing this action, and such further relief deemed appropriate by this Court.

Dated this  18th  day of September, 2025.

                                                Respectfully submitted,

                                                By:   //s// Jon Michael Kendrick
                                                     Jon Michael Kendrick
                                                     Florida Bar Number: 46188
                                                     jmk@kendrick-lawfirm.com
                                                     The Kendrick Law Firm
                                                     499 NW 70th Avenue, Suite 108
                                                     Plantation, FL 33317
                                                     Telephone: 954.776.8115
                                                     *Attorneys for Plaintiff*